JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BORGES, | NO. CV 12-8157-CAS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| CONNIE GIPSON, WARDEN, CALIFORNIA STATE PRISON CORCORAN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 2, 2013.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE